THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM D. CARACELLI, Appellant.

Submitted May 31, 1955; decided June 2, 1955.

*William D. Caracelli,* in person, for motion.

*T. Vincent Quinn, District Attorney,* for the People of the State of New York.

Motion granted.